NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DARON CARSWELL,          )
          )
      Appellant,     )
          )
v.          )     Case No. 2D17-5130
          )
STATE OF FLORIDA,     )
          )
      Appellee.     )
_____)

Opinion filed May 23, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Philip J. Federico,
Judge.

PER CURIAM.

      Affirmed.  See Ellis v. State, 135 So. 3d 478 (Fla. 2d DCA 2014); State v.

Dehart, 913 So. 2d 616 (Fla. 2d DCA 2005); Campbell v. State, 29 So. 3d 1147 (Fla. 1st

DCA 2010).

BLACK, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.